

# Court Of Appeals
## Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00595-CV

**IN RE James GANDY, Individually and In His Capacity as Trustee of the Burma Trust, JAMES GANDY LIMITED PARTNERSHIP, EXECUTRIX OF THE ESTATE OF KARTAR GANDY, Deceased, KARTAR GANDY LIMITED PARTNERSHIP, Hary GANDY, Individually and In His Capacity as Trustee of the Hary Gandy Spendthrift Trust, HARY GANDY LIMITED PARTNERSHIP, and RAM GLOBAL, LTD.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   September 30, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On September 18, 2009, relators filed a petition for writ of mandamus and a motion for emergency stay and temporary relief. The court has considered relators' petition for writ of mandamus, the emergency motion, and the response and reply of the parties to the emergency motion. The court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006-CI-18908, *styled Dualite, Inc. v. James Gandy, Individually and In His Capacity as Trustee of the Burma Trust, et al.*, pending in the 37th Judicial District Court , Bexar County, Texas, the Honorable David A. Berchelmann presiding. However, the order complained of was signed by the Honorable Janet Littlejohn, presiding judge of the 150th Judicial District Court, Bexar County, Texas.